# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

136273

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GRIEVANCE ADMINISTRATOR,
        Petitioner-Appellee,

v

CARL M. SWANSON,
        Respondent-Appellant.

SC: 136273
ADB: 0411-AI-000147

_____/

On order of the Court, the application for leave to appeal the February 19, 2008 order of the Attorney Discipline Board is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

_____
Clerk

s0721